# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-20851

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gene Andrew Ledesma and Norma L. Ledesma<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br><br>Gene Andrew Ledesma and Norma L. Ledesma, Debtors, Dianne C. Kerns, Trustee.<br><br>    Respondents. | No. 4:10-bk-22122-JMM<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #13) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 17, 2005 and recorded in the office of the Cochise County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Gene Andrew Ledesma and Norma L. Ledesma have an interest in, further described as:

> LOT 161, OF PUBELO DEL SOL, VILLAGE ONE, UNIT B ACCORDING TO THE MAP RECORDED IN BOOK 8 OF MAPS, PAGE 18, RECORDS OF COCHISE COUNTY, ARIZONA. EXCEPT ALL WATER AND WATER RIGHTS, OIL, GAS AND OTHER MINERALS AS RESERVED IN INSTRUMENT RECORDED IN DOCKET 769, PAGE 138 AND IN DOCKET 914, PAGE 338.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.